EDWARD LEE BARHAM v. KELLI MOORE BARHAM

No. 440A97

(Filed 6 February 1998)

Appeal of right by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 127 N.C. App. 20, 487 S.E.2d 774 (1997), which affirmed in part and reversed in part an order entered 11 July 1995 and amended 28 September 1995 by Lawton, J., in District Court, Wake County. Heard in the Supreme Court 18 December 1997.

*Jack P. Gulley for plaintiff-appellant.*

*Oliver & Oliver, P.L.L.C., by John M.. Oliver, for defendant-appellee.*

PER CURIAM.

AFFIRMED.

Chief Justice MITCHELL did not participate in the consideration or decision of this case.